AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
| v. | ) |
|  | ) Case No. M-23-1149-M |
| Daniel GARZA | ) |
| YOB: 1981 USC | ) |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 27, 2023 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See Attachment A

United States District Court
Southern District of Texas
FILED
JUN 27 2023
Nathan Ochsner, Clerk

☒ Continued on the attached sheet.

Approved by AUSA Robert Guerra

/s/ Steven Medrano
*Complainant's signature*

Steven Medrano, ATF Special Agent
*Printed name and title*

■ Sworn to telephonically and signed electronically per Fed.R.Cr.4.1

Date: 06/27/2023 - 1:20 p.m.

City and state: McAllen, Texas

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

This affidavit is in support of a criminal complaint charging Daniel GARZA, hereinafter referred to as "GARZA," respectively, with the criminal violation set forth. The evidence available to me demonstrates that there is probable cause that GARZA violated Title 18 U.S.C Section 922(g)(1) on or about June 27, 2023.

GARZA was convicted of a crime punishable by a term of imprisonment for a term exceeding one year on the charge of Aggravated Assault with a Deadly Weapon in the 93rd Judicial District Court of Hidalgo, Texas, in case number CR-3242-05-B. GARZA was sentenced on November 2, 2005.

Further, the Affiant states as follows:

On June 27, 2023, the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), executed a federal search warrant at GARZA's known residence in San Juan, Texas. Upon executing the search warrant, agents located a Maverick, Model 88, 12 gauge shotgun, specifically near the bed in a bedroom, located on the west side of the residence.

Agents conducted a field interview with two adult occupants of the residence who were identified as GARZA's mother and sister. During the interview GARZA's mother and sister identified the bedroom on the west side of the residence belongs to GARZA. (This is the same bedroom where the shotgun was located.) Agents learned no one other then GARZA accesses his bedroom. GARZA's mother and sister stated they were not allowed in GARZA's room. It was learned GARZA hardly leaves his bedroom and was last seen in his room on the evening of June 26, 2023. On the evening of June 26, 2023, your affiant saw GARZA sitting outside of the residence. Furthermore agents learned GARZA has been living at the residence for the past two years.

Because GARZA has been convicted of a crime punishable by a term of imprisonment exceeding one year, he is prohibited from possessing a firearm and ammunition under Title 18 U.S.C. 922.

The firearm was examined by an ATF Interstate Nexus agent and was determined to have been manufactured outside of the State of Texas and had thus moved in and effecting interstate commerce.